AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

TRUSTEES OF THE NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUNS, JOHN MADOLE AND RUSSELL BURNS; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NORTHERN NEVADA, JOHN MADOLE AND RUSS BURNS; TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST FUND; GIL CROSTHWAITE AND RUSS BURNS; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAY, GIL CROSTHWAITE AND RUSS BURNS; AND TRUSTEES OF THE OPERATING ENGINEERS PENSIONED OPERATING ENGINEERS HEALTH & WELFARE TRUST FUN, GIL CROSTWAITE AND RUSS BURNS,

    Plaintiffs,

V.

JDC EXCAVATING, INC. a Nevada corporation; PATRICK J. CONELY; DOES 1-100; AND BLACK AND WHITE COMPANIES 101-200,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00675-BES-VPC**

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Patrick J. Conely's Motion for Summary Judgment (#10) is DENIED.  **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment (#13) is GRANTED.


   August 5, 2009                                        **LANCE S. WILSON**
                                                                           Clerk


                                                                            /s/ D. R. Morgan
                                                                             Deputy Clerk